**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1858**

———————

CLARENCE C. MOORE,

                      Plaintiff - Appellant,

     versus

CHURCH HILL HOUSE/AGENT WINN MANAGEMENT,

                      Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District Judge.
(CA-03-165)

———————

Submitted:  September 11, 2003    Decided:  September 17, 2003

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence C. Moore, Appellant Pro Se.  John Kirkland Burke, Jr.,
TROUTMAN SANDERS, L.L.P., Richmond, Virginia; Jason Christopher
Roper, TROUTMAN SANDERS, L.L.P., Virginia Beach, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clarence C. Moore appeals the district court's order dismissing his civil action against Church Hill House and Winn Management. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moore v. Church Hill House, No. CA-03-165 (E.D. Va. June 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED